MATTHEW TANDY, Respondent, *v.* THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.

(Argued October 24, 1933; decided November 21, 1933.)

*Ralph Earl Prime, Jr.*, and *A. J. Prime* for appellant.
*Samuel S. Pines* and *Leo E. Falkin* for respondent.

Judgments affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.